**Order entered July 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00048-CV

**ADRIAN BOOKER AND NICOLE SMITH, Appellants**

**V.**

**ANISSA MAHMOUDI, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## ORDER

Before the Court is the July 30, 2019 request of Claudia Webb, Official Court Reporter for Collin County Court at Law No. 3, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **August 6, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE